# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE G. BENJAMIN | CIVIL ACTION |
| VERSUS | NO. 17-7017 |
| MARLIN GUSMAN | SECTION: "B"(2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as duplicative and malicious under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 8th day of November, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE